UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DERRICK DANTE CLARK,

    Petitioner,

v.                                                                CASE NO. 6:09-cv-539-Orl-19GJK
                                                                     (6:06-cr-160-Orl-19GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

This case is before the Court on the following motions:

1.     Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 3) is **GRANTED**.

2.     Plaintiff's Motion for Copies (Doc. No. 9) is **GRANTED** to the extent that Petitioner may have a copy of the transcript from his jury trial and sentencing hearing. *See United States v. Connors*, 904 F.2d 535, 536 (9th Cir. 1990) (noting that "[a] prisoner proceeding in forma pauperis on a habeas corpus petition is entitled to receive at government expense copies of court documents"); *see also* 28 U.S.C. § 2250 ("If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the

application is pending."). Petitioner is proceeding *pro se* and in forma pauperis in this action. The transcripts, therefore, shall be provided to Petitioner at the Court's expense.

Along with this Order, the **Clerk of the Court** shall provide Petitioner with a copy of his jury trial transcript (Criminal Case 6:06-cr-160-Orl-19GJK, Doc. Nos. 103 & 104) and a copy of his sentencing transcript (Criminal Case 6:06-cr-160-Orl-19GJK, Doc. No. 105).

**DONE AND ORDERED** at Orlando, Florida this __15th__ day of June, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 6/16
Derrick Dante Clerk
Counsel of Record