UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DERRICK DANTE CLARK,

    Petitioner,

v.                                                 CASE NO. 6:09-cv-539-Orl-19GJK
                                                       (6:06-cr-160-Orl-19GJK)

UNITED STATES OF AMERICA,

    Respondent.
_____

## **ORDER**

Petitioner's Request for a Certificate of Appealability[1] (Doc. No. 21, filed December 10, 2009) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this  15th   day of December, 2009.

*[signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Petitioner's Notice of Appeal (Doc. No. 20) has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

Copies to:
pslc 12/15
Counsel of Record
Derrick Dante Clark